

FILED
U.S. DISTRICT COURT
DISTRICT OF

2002 MAR 12  A 10: 43

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Northern Division**

| | |
|---|---|
| ENVIRONMENTAL EQUIPMENT & SERVICES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND INTERNATIONAL LOGISTICS, INC.<br><br>Defendant. | CASE NO: L 01-4194<br><br>CIVIL ACTION<br><br><br><br>**CONSENT ORDER**<br>**MODIFYING SETTLEMENT ORDER**<br>**FILED ON FEBRUARY 21, 2002** |

THIS MATTER having been opened to the Court by Dilworth Paxson PLLC, attorneys for Plaintiff, Michael J. Dixon, Esquire, appearing, and the Defendant, Diamond International Logistics, Inc., being represented by Weinstock Friedman & Friedman, P.A., Sidney S. Friedman, Esquire, appearing; and the matter having been settled pursuant to a Stipulation of Settlement filed on February 15, 2002, which provides that the Defendant shall pay the sum of $62,000.00 to Plaintiff on or before July 8, 2002, and that if such payment is not made, Plaintiff may obtain a final judgment in the amount of $70,000.00, as more specifically set forth in the Stipulation of Settlement; and a Settlement Order having been filed on February 21, 2002, dismissing this matter without prejudice and providing that any party may move within thirty (30) days of the filing of the Settlement Order to reopen this action if the settlement is not consummated and that if no party moves to reopen, the dismissal shall be with prejudice; and the parties having agreed to modify the Settlement Order as set forth below, and for good cause shown;

104648-1

IT IS on this 11TH day of March, 2002, ORDERED AND ADJUDGED that the Settlement Order filed on February 21, 2002, is hereby modified as follows:

1. The entry of the Settlement Order is without prejudice to the right of the Plaintiff to move to reopen this action and to apply for a final judgment pursuant to paragraph 2 of the Stipulation of Settlement on or before August 9, 2002;

2. In the event that Plaintiff does not move to reopen this action or apply for a final judgment pursuant to the Stipulation of Settlement on or before August 9, 2002, then this action shall be dismissed with prejudice.

_____
BENSON EVERETT LEGG, U.S.D.J.

*[Handwritten note: WHEN THE TIME COMES FOR THE CASE TO BE DISMISSED, COUNSEL SHALL SUBMIT AN APPROPRIATE FORM FOR SIGNATURE.]*

I hereby consent to the form and entry of this Consent Order.

**Dilworth Paxson, PLLC**
*Attorneys for Plaintiff*

By: _____
    Michael J. Dixon


**Weinstock Friedman & Friedman, P.A.**
*Attorneys for Defendant*

By: _____
    Sidney S. Friedman


104648-1

2