# DILWORTH PAXSON PLLC
## LAW OFFICES

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 AUG 13  P 6: 47

CLERK'S OFFICE
AT Baltimore 2002
_____ DEPUTY

LAURENCE STORCH
JOEL F. BRENNER
MANAGING PARTNERS

_____ FILED  Michael J. Dixon _____ ENTERED
_____ LODGED _____ RECEIVED

AUG - 2 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

DIRECT DIAL NUMBER:
202-689-7781

Ms. Felicia C. Cannon
United States District Court for the District of Maryland
101 Lombard Street, Room 4415
Baltimore, Maryland 21202

RE: *Environmental Equipment & Services, Inc. v. Diamond International Logistics*,
Case No. L-01-4194

Dear Ms. Cannon:

Dilworth Paxson PLLC represents plaintiff Environmental Equipment & Services, Inc. ("Environmental"), in the above-captioned matter.

This matter was settled pursuant to a Stipulation of Settlement filed on February 15, 2002. Thereafter, a Settlement Order was filed on February 21, 2002 and a Consent Order modifying the Settlement Order was filed on March 12, 2002. The Consent Order allowed Environmental to re-open the action to apply for final judgment in the event that defendant did not make the payment required in the Stipulation of Settlement. The Consent Order also provided that in the event Environmental did not move to re-open the action or apply for final judgment on or before August 9, 2002, then the action would be dismissed with prejudice.

On April 12, 2002, defendant Diamond International Logistics, Inc., filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Maryland, Case No. 02-56066 (JFS). Because the defendant has filed for bankruptcy protection and the automatic stay pursuant to 11 U.S.C. Section 362 is in effect, Environmental will not be applying for final judgment on or before August 9, 2002. However, the action should not be dismissed with prejudice by this Court due to the bankruptcy filing by the Defendant.

Thank you for your courtesy and attention to this matter. Please contact me if you have any questions.

Sincerely,

Michael J. Dixon

cc: Sidney S. Friedman, Esquire

*[Handwritten annotations in margins:]*
*Order: The case will be administratively closed pending the outcome of Diamond's bankruptcy. The case is not to be dismissed pending further order. BLJ 8/12/02*

19748-1

1200 NINETEENTH STREET, NW • WASHINGTON DC 20036
(202) 452-0900 • FAX (202) 452-0930 • www.dilworthlaw.com

ARLINGTON VA
AFFILIATED WITH DILWORTH PAXSON LLP

CHERRY HILL NJ    HARRISBURG PA    NEWTOWN SQUARE PA    PHILADELPHIA PA    TURNERSVILLE NJ    WILMINGTON DE